FILED: November 4, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-4768 (L)
(1:12-cr-00394-LO-4)
_____

UNITED STATES OF AMERICA

  Plaintiff - Appellee

v.

LORENE CHITTENDEN

  Defendant - Appellant

_____

No. 14-4828
(1:12-cr-00394-LO-4)
_____

UNITED STATES OF AMERICA

  Plaintiff - Appellee

v.

LORENE CHITTENDEN

  Defendant - Appellant

_____

O R D E R
_____

The court consolidates Case No. 14-4768 and Case No. 14-4828. Entry of appearance forms and disclosure statements filed by counsel and parties to the lead case are deemed filed in the secondary case.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk